UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIDEL CARDENAS, et al,<br><br><br><br><br><br>　　　　　Defendants. | NO. 12-cr-581 |

## ORDER

Pending before the Court is a joint motion filed by all Defendants to continue the settings in the Docket Control Order. In accordance with 18 U.S.C. §3161, the basis for the continuance is the finding that the ends of justice served in granting such a continuance outweigh interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. §3161, a failure to grant a continuance in this case would deny counsel for the Defendants a reasonable time necessary for effective preparation taking into account the exercise of due diligence, and would thereby result in a miscarriage of justice for the Defendants.

The Defendants' joint motion recites that there has been inadequate time to sufficiently prepare for trial. Denial of this reasonable time necessary for effective trial preparation is

expressly enunciated in 18 U.S.C. §3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

IT IS HEREBY ORDERED that the Defendants' joint motion for continuance is **GRANTED**. A period of excusable delay shall commence from November 14 2012, pursuant to 18 U.S.C. §3161, and end upon the start of trial.

IT IS FURTHER ORDERED that the deadlines in the Docket Control Order are reset as follows:

| | |
|---|---|
| Motions shall be filed by: | **February 15, 2013.** |
| Responses shall be filed by: | **February 22, 2013.** |
| Pretrial Conference will be held on: | March 14, 2013 at 1:30 am/pm. |
| Jury selection and trial shall commence on: | March 18, 2013, at 1:00 am/pm. |

SIGNED this 16th day of November, 2012.

Sim Lake, United States District Judge